IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**SUNDARI K. PRASAD,**

    Plaintiff,

v.                                                           Civil Action No. 3:17CV64

**MELINDA ROLFE,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

Sundari K. Prasad, a Virginia inmate proceeding *pro se*, submitted this action, and at least fifty other civil actions over the prior two years. Prasad's actions have been dismissed either as frivolous, malicious or for failure to state a claim, or because she has failed to follow the directives of the Court. Prasad's many actions have strained the resources of the Court.

Accordingly, by Memorandum Order entered June 4, 2018, the Court directed Prasad, within fourteen days of the date of entry thereof, to submit a certificate of compliance that required specific information from Prasad, before the Court would review her claims. The Court warned Prasad that a failure to comply with the Court's directives would result in dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the June 4, 2018 Memorandum Order. Prasad failed to submit the requisite certificate of compliance or otherwise respond to the June 4, 2018 Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

                                                                      /s/
                                                     M. Hannah Lauck
                                                     United States District Judge

Date: July 03, 2018
Richmond, Virginia